

# Fourth Court of Appeals
## San Antonio, Texas

August 16, 2019

No. 04-19-00379-CV

**INTEREST OF D.J., ET AL., CHILDREN**,

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-01753
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

The Appellant's (J.R., Jr.) Motion for Extension of Time to File Brief is hereby GRANTED. The appellant's brief is deemed filed.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of August, 2019.

_Keith E. Hottle_
Keith E. Hottle,
Clerk of Court